APPEAL No. 78-187. AMELIO CIOFFI *v.* TOWN OF JOHNSTON *et al.* The motion of defendant Maria Santoro to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Lovett & Linder, Ltd., Raul L. Lovett, Warren R. Wolf,* for petitioner. *Goldman, Biafore & Hines, Dennis H. Esposito,* for respondent Maria Santoro.

APPEAL No. 78-447. ALFREDINE SCHIAVULLI *v.* SCHOOL COMMITTEE OF THE TOWN OF NORTH PROVIDENCE. Because of the unusual circumstances in which the issues in this case have developed, we conclude that appeal is not the proper avenue of appellate review.

The motion of defendant School Committee of the Town of North Providence to dismiss this appeal is granted. *Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for plaintiff. *Robert S. Ciresi, Louis Baruch Rubinstein,* for defendant.

APPEAL No. 79-66. MARY E. GRADY *v.* THOMAS J. GRADY. The husband's motion to stay enforcement of the January 12, 1979 decree of the Family Court pending appeal is granted as to that portion of said decree which requires that payments be made for any period preceding January 1, 1979. As to that portion of said Family Court decree requiring that regular payments be made commencing January 1, 1979, the motion for stay is denied. *William Y. Chaika,* for petitioner. *Frank O. Lond, Jr., Edward E. Dillion, Jr.,* for respondent.

## March 1, 1979.

M. P. No. 78-361. FERNANDO M. RONCI *et ux. v.* SUPERIOR COURT SITTING IN WASHINGTON COUNTY. The petition for writ of prohibition is denied. *Goldberg & Goldberg, Leo M. Goldberg, Hogan & Hogan, Edward T. Hogan, Haig Barsamian,* for petitioners. *Joseph B. Carty,* Acting Assistant Solicitor for the Town of Narragansett, A Party in Interest.

M. P. No. 78-435. KAISER ALUMINUM & CHEMICAL CORPORATION *v.* WORKERS' COMPENSATION COMMISSION. The petition for writ of certiorari is granted. The employer's request for stay is denied and the stay entered in this case on December 6, 1978 is vacated.